# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GEORGE L. GORDON,<br>[DOB: 01/17/1980]<br><br>                Defendant. | Case No. _____<br>***Felon in Possession of a Firearm***<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Per Count |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about July 4, 2020, in the Western District of Missouri, the defendant, GEORGE L. GORDON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock, Model 44, .22 caliber pistol, bearing Serial Number AEBG753, and said firearm had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                                                A TRUE BILL.

| | |
|---|---|
| 1/26/2021<br>DATE | */s/ Sean Saunders*<br>FOREPERSON OF THE GRAND JURY |

*/s/ Sean T. Foley*
Sean T. Foley
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri